IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00605-EWN-MJW

MICHAEL R. EVERHART, et al.,

Plaintiff(s),

v.

THE CHILDREN'S HOSPITAL, et al.,

Defendant(s).

## ORDER RESETTING SCHEDULING/PLANNING CONFERENCE

At the request of counsel on April 4, 2008, it is hereby ORDERED that the Scheduling Conference set on April 23, 2008, at 1:30 p.m., is VACATED and RESET on May 5, 2008, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: April 4, 2008