IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00605-EWN-MJW

MICHAEL R. EVERHART, et al.,

Plaintiff(s),

v.

THE CHILDREN'S HOSPITAL, et al.,

Defendant(s).

MINUTE ORDER

This case was transferred from the District of New Mexico on March 24, 2008 (docket no. 1). A Rule 16 Scheduling Conference was held by Magistrate Judge Watanabe on May 5, 2008 (docket no. 17). A Rule 16 Scheduling Order was entered by Magistrate Judge Watanabe on May 5, 2008 (docket no. 18). In the Rule 16 Scheduling Order (docket no. 18), the parties have been given until October 31, 2008, to complete discovery. Local New Mexico District Court Rules do not require that a party submit a Rule 26 report for each treating physician. *See* Local New Mexico Rule 26.3. A treating physician need not turn over an expert report normally required by Fed. R. Civ. P. 26(a)(2)(B). However, Chief Judge Nottingham requires Rule 26(a)(2)(B) reports from any person who will provide expert testimony- including, for example, a treating physician- except that a treating physician's report need not contain a recitation of compensation paid to the physician or a list of other cases in which the physician has given testimony. *See* Fed. R. Civ. P. 26(a)(2) advisory committee's note ("requirement of written report may be ... imposed upon additional persons who will provide opinions

under [r]ule 702".). *See* also paragraph 8(d)(1) in Rule 16 Scheduling Order (docket no. 18). The following witnesses are treating healthcare providers for the Plaintiff.

1. Robin Cotton, M.D.;
2. Ronald Levin, M.D.;
3. Robert Wood, M.D.;
4. Michael Rutter, M.D.; and,
5. Karen Rizzo.

The Court finds that Defendants have been aware of these witnesses listed above and that such witnesses are not a surprise to Defendants. Further, it finds that Defendants cannot demonstrate prejudice since the discovery deadline is October 31, 2008, and the dispositive motions deadline that was set by Chief Judge Nottingham is November 24, 2008. Defendants have sufficient time to depose the above listed witnesses. Accordingly, for these reasons, the subject motion (docket no. 21) should be denied.

It is hereby **ORDERED** that Defendant The Children's Hospital's and Centura Health d/b/a St. Anthony Hospital and Flight for Life's Motion to Strike Plaintiffs' Untimely Supplemental Rule 26(a)(1) Disclosures (docket no. 21), is **DENIED.**

It is **FURTHER ORDERED** that Plaintiff shall provide to Defendants, written reports from witnesses: Robin Cotton, M.D.; Ronald Levin, M.D.; Robert Wood, M.D.; Michael Rutter, M.D.; and Karen Rizzo consistent with paragraph 8(d)(1) in the Rule 16 Scheduling Order (docket no. 18) **on or before May 30, 2008.**

Date: May 12, 2008