IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00605-EWN-MJW

MICHAEL R. EVERHART, et al.,

Plaintiffs,

v.

THE CHILDREN'S HOSPITAL, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to File a First Amended Complaint (doc. 67) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A.

Date: June 13, 2008