IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00605-EWN-MJW

MICHAEL R. EVERHART, et al.,

Plaintiffs,

v.

THE CHILDREN'S HOSPITAL, et al.,

Defendants.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Amended Motion for Leave to File a First Amended Complaint (Docket No. 89) is granted. No opposition to the motion was received, and the motion is thus deemed confessed. The tendered First Amended Complaint for Medical Negligence (Docket No. 89-2) is accepted for filing as of the date of this Minute Order. It is further

      ORDERED that the Amended Motion for Leave to File a First Amended Complaint (Docket No. 70) is denied as moot.

Date: September 8, 2008