IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00605-EWN-MJW

MICHAEL R. EVERHART, et al.,

Plaintiffs,

v.

THE CHILDREN'S HOSPITAL, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED the Stipulated Motion to Amend the Preliminary Pretrial Order (docket no. 103) is GRANTED finding good cause shown. The Preliminary Pretrial Order is amended to include those witnesses as outlined in the subject motion (docket no. 103). Section 5.b of the Preliminary Pretrial Order is amended consistent with this minute order.

Date: October 1, 2008