**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00605-CMA-MJW

MICHAEL R. EVERHART, and
KARMELLA FRANIC EVERHART,
Individually and as Next Friend and Natural Parents of
CHARLES MICHAEL EVERHART, a Minor,

    Plaintiffs,

v.

THE CHILDREN'S HOSPITAL, and
CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Fligh for Life,

    Defendants.

---

**ORDER TO ADMINISTRATIVELY CLOSE CASE**

---

THIS MATTER comes before the Court *sua sponte*.  It appears from a review of this Court's docket that an extension of time within which to submit closing papers was granted by Order of June 30, 2009.  The Court hereby

ORDERS that, in lieu of the Order of June 30, 2009, this case shall be ADMINISTRATIVELY CLOSED.  It is

FURTHER ORDERED that the parties shall have ten days from the date a court with proper jurisdiction in Ohio approves the settlement entered on behalf of Charles Everhart within which to submit papers necessary to have this matter dismissed with prejudice.

DATED: September   30  , 2009.

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge