**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00605-CMA-MJW

MICHAEL R. EVERHART, and
KARMELLA FRANIC EVERHART,
Individually and as Next Friend and Natural Parents of
CHARLES MICHAEL EVERHART, a Minor,

    Plaintiffs,

v.

THE CHILDREN'S HOSPITAL, and
CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a Flight for Life,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 130).  The Court having considered the Stipulation and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees with regard to the claims raised against these Defendants.

    DATED:  November __18__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge